Dated: 17 December 2010  10:39 AM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 03-4, KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Denise Tinnon
**Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Michelle A Felder | ) Chapter 13 Case No. 10-19807-B |
| | XXX-XX-0472 | ) |
| | | ) Hon. Randolph Baxter |
| | | ) |
| | Debtor | ) |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on December 9, 2010.

The objection to confirmation filed by the Chapter 13 Trustee is sustained.

IT IS HEREBY ORDERED that confirmation of the plan is denied, and the case is hereby dismissed, based upon the Court's finding(s) that:

The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Steven M. Palmer, Attorney for Debtor (served via ECF)

Michelle A Felder, Debtor
719 East 232nd St
Euclid OH 44123

CGI, Employer
Attn:  Payroll, 1001 Lakeside Avenue, Suite 800
Cleveland OH 44114


CS/bas
12/16/10